# Exhibit A
# State Court Record



| AOC-E-105      Sum Code: CI | | Case #: **18-CI-00105** |
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky | | County: **FAYETTE** |
| Court of Justice    Courts.ky.gov | | |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **FIGHTMASTER, DARRELL VS. LIFE INSURANCE COMPANY OF NORTH AME**, *Defendant*

TO:  MICHAEL A. JAMES
      TWO LIBERTY PLACE
      1601 CHESTNUT STREET
      PHILADELPHIA, PA 19192



Memo: Related party is LIFE INSURANCE COMPANY OF NORTH AMERICA

The Commonwealth of Kentucky to Defendant:
**LIFE INSURANCE COMPANY OF NORTH AMERICA**

    You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

          /s/ Vincent Riggs, Fayette Circuit Clerk
          Date: 01/09/2018

---

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

    To: _____

☐ Not Served because: _____

Date: _____, 20_____          _____
                                      Served By

                                                  _____
                                                       Title

Summons ID: 8252956027675@00000789598
CIRCUIT: 18-CI-00105 Long Arm Statute – Secretary of State
FIGHTMASTER, DARRELL VS. LIFE INSURANCE COMPANY OF NORTH AME



Page 1 of 1

**eFiled**

Package:000002 of 000039

Presiding Judge: HON. ERNESTO M SCORSONE (622298)

Package : 000002 of 000039



Alison Lundergan Grimes
Secretary of State

**Commonwealth of Kentucky**
**Office of the Secretary of State**

Summons Division
PO BOX 718
FRANKFORT, KY 40602-0718

January 19, 2018

LIFE INSURANCE COMPANY OF
NORTH AMERICA
MICHAEL A. JAMES
TWO LIBERTY PLACE
1601 CHESTNUT STREET
PHILADELPHIA, PA 19192

FROM:   SUMMONS DIVISION
        SECRETARY OF STATE

RE:     CASE NO: 18-CI-00105

COURT:  Circuit Court Clerk
        Fayette County
        120 N Limestone St
        Lexington, KY 40507
        Phone: (859) 246-2141 OR (859) 246-2142

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

   (1) Your attorney, or
   (2) The attorney filing this suit whose name should appear on
       the last page of the complaint, or
   (3) The court or administrative agency in which the suit is filed
       at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

AOC-E-105       Sum Code: CI
Rev. 9-14

Commonwealth of Kentucky
Court of Justice     Courts.ky.gov

CR 4.02; Cr Official Form 1



**CIVIL SUMMONS**

Case #:  **18-CI-00105**
Court:   **CIRCUIT**
County:  **FAYETTE**

*Plantiff,* FIGHTMASTER, DARRELL VS. LIFE INSURANCE COMPANY OF NORTH AME, *Defendant*

TO:  **REGISTERED AGENT SOLUTIONS, INC.**
      **828 LANE ALLEN ROAD**
      **SUITE 219**
      **LEXINGTON, KY 40504**

Memo: Related party is CON-WAY INC./XPO LOGISTICS, INC. SHORT AN

The Commonwealth of Kentucky to Defendant:
**CON-WAY INC./XPO LOGISTICS, INC. SHORT AN**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Vincent Riggs, Fayette Circuit Clerk
Date: **01/09/2018**

---

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20 _____        _____
                                                                Served By

                                                        _____
                                                                Title

Summons ID: 8252956027676@00000789599
CIRCUIT: 18-CI-00105 Certified Mail
FIGHTMASTER, DARRELL VS. LIFE INSURANCE COMPANY OF NORTH AME

          Page 1 of 1

*eFiled*

*(right margin, vertical text)* Package:000002 of 000039

*(right margin, vertical text)* Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

*(right margin, vertical text)* Package : 000002 of 000039



**Registered Agent Solutions, Inc.**
*Corporate Mailing Address*
1701 Directors Blvd.
Suite 300
Austin, TX 78744

Phone: (888) 705-RASi (7274)

# SERVICE OF PROCESS RECEIPT

1/17/2018

Service of Process Department
**XPO Logistics, Inc.**
c/o Legal Department
2211 Old Earhart Road
Ann Arbor, MI 48105 USA

| NOTICE OF CONFIDENTIALITY |
|---|
| This notice and the information it contains are intended to be a confidential communication only to the individual and/or entity to whom it is addressed. If you have received this notice in error, immediately call our SOP Department at (888) 705-7274. |

**RE:  XPO Logistics, Inc.**

This receipt is to inform you that Registered Agent Solutions, Inc. has received a Service of Process on behalf of the above-referenced entity as your registered agent and is hereby forwarding the attached document(s) for your immediate review.  A summary of the service is shown below; however, it is important that you review the attached document(s) in their entirety for complete and detailed information.

**SERVICE INFORMATION**

| | |
|---|---|
| Service Date: | 1/17/2018 |
| Service Time: | 12:15 PM EST |
| Service Method: | Mail (Certified) |

**RASi REFERENCE INFORMATION**

| | |
|---|---|
| Service No.: | 0076458 |
| RASi Office: | Kentucky |
| Rec. Int. Id.: | AXS |

**CASE INFORMATION**

| | |
|---|---|
| Case Number: | 18-CI-00105 |
| File Date: | 01/09/2018 |
| Jurisdiction: | FAYETTE COUNTY CIRCUIT COURT, KENTUCKY |
| Case Title: | DARRELL FIGHTMASTER V. LIFE INSURANCE COMPANY OF NORTH AMERICA, ET AL. |

**ANSWER / APPEARANCE INFORMATION**

20 days     *(Be sure to review the document(s) for any required response dates)*

**AGENCY / PLAINTIFF INFORMATION**

| | |
|---|---|
| Firm/Issuing Agent: | SPENCER LAW GROUP |
| Attorney/Contact: | ANWAR K. MALIK |
| Location: | Kentucky |
| Telephone No.: | 859-252-4357 |

**DOCUMENT(S) RECEIVED & ATTACHED**

Complaint
Summons
Exhibits included

**ADDITIONAL NOTES**

---

**Questions or Comments...** Should you have any questions or need additional assistance, please contact the SOP Department at (888) 705-7274.

You have been notified of this Service of Process per your default account instructions.  RASi offers several methods of notification including Telephone Notification, Email Notification, Online Insta-SOP Delivery, and FedEx/US Postal Service Delivery.  If you would like to update your account's default notification methods or view Service of Process information, log into your online account at www.rasi.com.

*Thank you for your continued business!*

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
DIVISION _____

| | |
|---|---|
| Darrell Fightmaster, | Case No. _____ |
| Plaintiff, | **COMPLAINT** |
| v. | |
| Life Insurance Company of North America, and Con-way Inc./XPO Logistics, Inc. Short and Long Term Disability Plan, | |
| Defendants. | *Electronically Filed* |

### Introduction

1.     Plaintiff, Darrell Fightmaster, brings this action against Defendants, Life Insurance Company of North America and Con-way Inc./XPO Logistics, Inc. Short and Long Term Disability Plan (collectively "Defendants"), for breach of contract or, alternatively, under the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1001 et seq. ("ERISA"). Plaintiff was a participant in his employer Con-way Inc.'s ("Con-way") employee benefit plan. Con-way was acquired by XPO Logistics, Inc. ("XPO Logistics"). The employee benefit plan included a policy for disability benefits issued by Life Insurance Company of North America to Con-way/XPO Logistics (Plan/Policy Number SHD0985056). Life Insurance Company of North America acted as the claims administrator for the disability insurance policy. This complaint challenges Defendants' denial of Plaintiff's disability benefits from March 2016 to November 2017, despite evidence demonstrating his qualification for said benefits (Incident Number:

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

Package :000003 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622238)

Package : 000003 of 000039

Filed                    18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

4188167). The evidence supports his position that he filed, or attempted to file, a claim within 60 days from the date of disability and that he was disabled from gainful employment from March 2016 to November 2017. Plaintiff brings this civil action to recover benefits due to him under the terms of the plan and to enforce his rights under the terms of the plan. Plaintiff also seeks an award of reasonable attorney's fees and costs of action.

### Parties

2.     Plaintiff, Darrell Fightmaster, is an individual citizen of the Commonwealth of Kentucky, residing in Lexington, Fayette County, Kentucky. He worked as a Driver Sales Representative ("DSR") for Con-way/XPO Logistics. Through his employment with Con-way/XPO Logistics, he participated in an employee benefit plan which included a disability insurance policy that was issued by Life Insurance Company of North America to Con-way/XPO Logistics.

3.     Defendant Life Insurance Company of North America ("CIGNA/LINA") is a Pennsylvania corporation with its principal office at Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2362. LINA's agent for service of legal process is Michael A. James, Two Liberty Place, 1601 Chestnut Street, Philadelphia, PA 19192-2211. LINA, also known as CIGNA Group Insurance, is a subsidiary of CIGNA Corporation. CIGNA/LINA is a for-profit corporation and does business in the Commonwealth of Kentucky, deriving revenue from its business it conducts in Kentucky. CIGNA/LINA issued Con-way/XPO Logistics's disability insurance policy and acted as its claims administrator.

4.     Defendant Con-way Inc./XPO Logistics, Inc. Short and Long Term Disability

Filed                    18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000004 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622328)

Package : 000004 of 000039

Filed              18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Plan (the "Plan") is an employee welfare benefit plan as defined by ERISA § 3(1), 29 U.S.C. §

1002(1). Pursuant to ERISA § 502(d)(1), the Plan is a distinct legal entity that may be sued and

served through its plan administrator. 29 U.S.C. § 1132(d). Con-way/XPO Logistics is the

administrator with respect to the Plan. The name and address of the designated agent for service

of legal process are: Registered Agent Solutions, Inc., 828 Lane Allen Road, Suite 219,

Lexington, KY 40504.

### Jurisdiction

5.      This action arises, in part, under the common law of Kentucky relating to breach

of contract. Alternatively, this action arises under the civil enforcement section of ERISA,

ERISA § 502(a)(1)(B), 29 U.S.C. § 1132(a)(1)(B).

6.      This Court has subject matter jurisdiction over the claim for breach of contract

under Section 112(5) of the Kentucky Constitution and Kentucky Revised Statutes ("KRS")

23A.010(1). State courts have concurrent jurisdiction of actions under ERISA § 502(a)(1)(B). 29

U.S.C. § 1132(e)(1). The amount in controversy is believed to exceed $5,000, exclusive of

interests and costs.

7.      This Court has personal jurisdiction over Defendants under KRS 454.210(2)

because, at all relevant times, they transacted business in Kentucky and contracted to insure

Plaintiff, who was located within Kentucky at the time of contracting.

### Venue

8.      Venue is proper in this Court under KRS 454.210(4) because Fayette County is

where the cause of action arose.

Filed              18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Filed                      18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest         18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

## Background

9.     Plaintiff, age 42, has a high school education and work experience as a truck driver. He has a commercial driver's license ("CDL"). He previously worked as a DSR for Con-way/XPO Logistics. Through his employment with Con-way/XPO Logistics, he participated in an employee benefit plan which included a disability insurance policy that was issued by CIGNA/LINA to Con-way/XPO Logistics. CIGNA/LINA acted as the claims administrator for the disability insurance policy.

10.     CIGNA/LINA acted under a conflict of interest because of its dual roles as claims administrator and payor of disability benefits. That conflict of interest drove CIGNA/LINA's biased handling of Plaintiff's claim.

11.     The disability insurance policy's covered employment class includes Plaintiff.

12.     Plaintiff was insured under the disability insurance policy.

13.     The disability insurance policy provides for benefits to cover the employees who meet all contractual provisions, including the definition of disability.

14.     The terms of the disability insurance policy defining disability are as follows:

**Definition of Disability**

To qualify for benefits, you must be:
- Continuously unable to perform the material duties of your regular and customary occupation because of injury, illness or pregnancy, and
- Under the appropriate care of a licensed health care provider rendering relevant treatment of a health or behavioral medical condition as determined by the Plan Administrator. Accepted providers include, but are not limited to, a physician (M.D.), osteopathic doctor (D.O.), podiatrist (D.P.M.), or psychologist, and
- Disabled by a medical condition covered by the Company Health Plan, and

Filed                      18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest         18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Package:000006 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622288)

Package : 000006 of 000039

Filed            18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

- Covered under the Short Term Disability Plan.

It is not necessary to be confined at home or in the hospital to receive benefits. However, you will be required to provide proof of your disability whenever requested by the Plan Administrator.

15.    The terms of the disability insurance policy describing how to file a claim are as follows:

### How to File a Claim

If you become disabled, you must take the following steps to initiate a claim for benefits under this Plan:
- Seek appropriate medical attention immediately.
- Advise your manager as soon as possible, preferably on or before your first absence.
- Call this Cigna number as soon as possible: (800) 36-CIGNA (4462). A customer intake representative will walk you through the process.

**STD claims must be filed within 60 days from the date of disability.** If you have a workers' compensation claim, you also must file an STD claim to ensure health benefits for your family members and your other care continue. In addition, if you are on transitional or light duty, you must file an STD claim within 60 days of the beginning of your illness or injury. When calling to file a disability claim, provide the following information:
- Your name, address, phone number, birth date, date of hire, Social Security number and employer's name, address and phone number.
- The date and cause of your disability, as well as your anticipated return-to-work date. If your disability is due to pregnancy, provide the actual or expected date of delivery.
- The name, address and phone number of each doctor you are seeing or have seen for the disability causing your illness or injury.

16.    **Plaintiff filed, or attempted to file, a claim within 60 days from the date of disability.** Plaintiff requested disability benefits from CIGNA/LINA. By letter dated December 16, 2016, CIGNA/LINA advised Plaintiff that they did not approve his disability claim on the basis that the claim was received more than 60 day from the date of disability. Plaintiff timely

Filed            18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000007 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622398)

Package : 000007 of 000039

Filed                          18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest     18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

appealed the adverse decision by letter dated January 23, 2017. CIGNA/LINA notified Plaintiff

that they had decided to uphold their prior decision to deny his disability claim by letter dated

February 14, 2017. That decision was wrong for the reasons stated below.

17.     Plaintiff took the proper steps to file, or attempt to file, a claim for benefits within

60 days from the date of disability (March 2, 2016) when he sought appropriate medical attention

immediately, advised his manager, and called CIGNA/LINA at (800) 362-4462. The enclosed

activity log from Verizon Wireless (attached as Exhibit A) shows the dates and times of the calls

made from his mobile phone. He called on four separate dates in March, June, November, and

December 2016.

- On March 7, 2016, Plaintiff called CIGNA/LINA at (800) 362-4462 from his

  mobile phone number (256) 276-0974. A customer intake representative told

  Plaintiff there was nothing that CIGNA/LINA could do until he was out of

  transitional duty time and no longer working. Samantha Sheets, human resources

  manager, (859) 255-7162, was present during the conversation and overheard the

  call.

- On June 8, 2016, Plaintiff called CIGNA/LINA from his work phone number. He

  does not have access to an activity log for the work phone number. A customer

  intake representative told Plaintiff there was nothing that CIGNA/LINA could do

  until he was out of transitional duty time and no longer working. Samantha

  Sheets, human resources manager, (859) 255-7162, was present during the

  conversation and overheard the call.

Filed                          18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest     18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000008 of 000039          Presiding Judge: HON. ERNESTO M. SCORSONE (622298)          Package 000008 of 000039

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

- On November 2, 2016, Plaintiff called CIGNA/LINA at (800) 362-4462 from his mobile phone number (256) 276-0974. Plaintiff made this call at the request of Samantha Sheets, human resources manager, (859) 255-7162, to verify that CIGNA/LINA had all requested information on file.

- On December 13, 2016, Plaintiff called CIGNA/LINA at (800) 362-4462.

18. **CIGNA/LINA failed to make a decision on Plaintiff's second appeal within the time allowed by ERISA.** The law is clear as to Defendants' obligation to decide Plaintiff's appeal no later than 90 days after the submission of the appeal. ERISA regulations provide that "the plan administrator shall notify a claimant... of the plan's benefit determination on review within a reasonable period of time, but not later than [45] days after receipt of the claimant's request for review by the plan, unless the plan administrator determines that special circumstances (such as the need to hold a hearing, if the plan's procedures provide for a hearing) require an extension of time for processing the claim. If the plan administrator determines that an extension of time for processing is required, written notice of the extension shall be furnished to the claimant prior to the termination of the initial [45]-day period. In no event shall such extension exceed a period of [45] days from the end of the initial period. The extension notice shall indicate the special circumstances requiring an extension of time and the date by which the plan expects to render the determination on review."[1] There is a regulation that provides a plan the right to "toll" the deadline if the plan requests certain documentation missing from the submission.[2] "In the case of the failure of a plan to establish or follow claims procedures

---

[1] 29 C.F.R. § 2560.503-1(i)(1)(i) and (i)(3)(i).
[2] 29 C.F.R. § 2560.503-1(i)(4).

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

Package : 000009 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000009 of 000039

Filed                    18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

consistent with the requirements of this section, a claimant shall be deemed to have exhausted

the administrative remedies available under the plan and shall be entitled to pursue any available

remedies under section 502(a) of the Act on the basis that the plan has failed to provide a

reasonable claims procedure that would yield a decision on the merits of the claim."[3] The above

ERISA regulations apply to voluntary second levels of appeal.[4]

19.     Plaintiff retained our law office in February 2017 in relation to his disability

claim.

20.     CIGNA/LINA's February 14, 2017 letter upholding their prior decision to deny

his disability claim advised Plaintiff as follows:

> What if You Do Not Agree with the Appeal Decision?
>
> If you disagree with our determination and wish to have it reviewed, please follow
> the steps described below.
>
> Based on the information provided by your Employer, your claim is governed by
> the Employee Retirement Income Security Act of 1974, Public Law 93-406
> (ERISA).
>
> A second appeal request is not required but will be accepted if you have different
> or additional information to submit. Here is how to submit a second appeal
> review.
>
> •     Submit your appeal letter to us within 180 days of your receipt of this
> letter.
> •     Your appeal letter should be sent to the Life Insurance Company of North
> America representative signing this letter to the address noted on the letterhead.
> •     Your appeal letter may include written comments as well as any new
> information you may have.
> •     You may also submit additional information. Since your claim was denied

---

3     29 C.F.R. § 2560.503-1(l).
4     *See* United States Department of Labor, Employee Benefits Security Administration, Benefit Claims Procedure
Regulation FAQs, available at https://www.dol.gov/ebsa/faqs/faq_claims_proc_reg.html ("Where a plan
provides for two levels of review on appeal, it is the view of the department that the second level of review is
subject to the same standards that apply to the first level of review.").

Filed                    18-CI-00105    01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000010 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000010 of 000039

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

based on the above noted provision, you would need to submit any information that would support that your claim was filed timely. These records should cover the period of June 9, 2016 forward.

Under normal circumstances, you will be notified of a decision on your appeal within 45 days of the date your request for review is received. If there are special circumstances requiring delay, you will be notified of the reason for delay within 30 days of receipt of your request, and every 30 days thereafter.

...

21.     Daniel Cano, Appeal Claim Manager for CIGNA/LINA, signed the February 14, 2017 letter. The address noted on the letterhead is as follows:

> Daniel Cano
> CIGNA Group Insurance
> P.O. Box 29063
> Glendale, CA 91209
>
> Phone: 800-781-2006 ext. 6882
> Fax: 860-731-3211

22.     Plaintiff timely appealed the adverse decision by letter dated July 31, 2017, to Mr. Cano to the address noted on the letterhead. A copy of the letter (without attachments) is attached as Exhibit B.

23.     On August 14, 2017, and again on August 17, 2017, Plaintiff's counsel left Mr. Cano voicemails asking to confirm receipt of the appeal. On or about August 21, 2017, Mr. Cano left counsel a telephone message. Counsel returned Mr. Cano's call on August 21, 2017, and Mr. Cano verbally confirmed receipt of the appeal. Mr. Cano assured counsel that a letter acknowledging receipt of the appeal would be mailed to counsel's office. Counsel left Mr. Cano voicemails on September 15, 2017, and again on October 2, 2017. On October 2, 2017, and again on November 14, 2017, counsel faxed and mailed letters to Mr. Cano requesting a status update

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

Package:000011 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622258)

Package : 000011 of 000039

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

and contact information for the person handling the second appeal. Copies of the letters are attached as Exhibits C and D. Unfortunately, as of the date of this complaint, counsel has not received a letter acknowledging the second appeal, nor any other correspondence from CIGNA/LINA concerning this claim.

24.     Approximately 162 days elapsed between the date the appeal was mailed on July 31, 2017, and the date of this complaint, January 9, 2018.

25.     Plaintiff is deemed to have exhausted all administrative levels of appeal with Defendants because CIGNA/LINA failed to make a decision on Plaintiff's second appeal within the time allowed by ERISA.

26.     **The medical evidence supports disability.** Plaintiff suffered a work-related injury when his right forearm and wrist "popped" while unloading a pallet on March 2, 2016. He had swelling and severe pain in the wrist area. Con-way/XPO Logistics and CIGNA/LINA received due and timely notice of the injury. He began a transitional duty program on March 7, 2016, and then was released to full duty starting June 2, 2016. He worked full duty for about a week from June 2 to June 8, 2016.

27.     On June 8, 2016, he had a re-injury or exacerbation of the original March 2, 2016 injury. While grabbing a knob to raise it, he experienced what felt like a bolt of electricity going to his arm. Con-way/XPO Logistics and CIGNA/LINA received due and timely notice of the re-injury or exacerbation. He participated in the transitional duty program again from June 10, 2016, until reaching Con-way/XPO Logistics's limit on transitional duty program time in December 2016. His last day worked for the disability insurance claim is December 9, 2016. He

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

Package:000012 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000012 of 000039

Filed          18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

returned to work for Con-way/XPO Logistics in November 2017.

28.     As a result of his conditions and the resulting limitations, he states that was unable

to perform the material duties of his regular and customary occupation as a DSR from March

2016 to November 2017.

29.     Defendants' decision to deny disability benefits is unreasonable and unsupported

by substantial evidence. Plaintiff is eligible for disability benefits under the "regular occupation"

definition of disability. As a result of Defendants' improper denial of Plaintiff's disability claim,

he did not receive any disability payments from March 2016 to November 2017.

## Claims

### Count I: Claim for Breach of Contract

30.     Plaintiff incorporates by reference the allegations in each of the preceding

paragraphs as if fully set forth in this paragraph.

31.     Plaintiff was a participant in an employee benefit plan which included a disability

insurance policy that was issued by CIGNA/LINA to Con-way/XPO Logistics.

32.     Plaintiff, having fulfilled all terms and conditions of the disability insurance

policy to the best of his knowledge, is entitled to disability benefits.

33.     Defendants denied disability benefits to which Plaintiff is entitled under the

policy.

34.     The decision to deny benefits was incorrect, arbitrary and capricious, and not

supported by substantial evidence.

Filed          18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000013 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622938)

Package : 000013 of 000039

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

### Alternative Count II: Claim for Benefits under ERISA § 502(a)(1)(B)

35.     Plaintiff incorporates by reference the allegations in each of the preceding paragraphs as if fully set forth in this paragraph.

36.     ERISA § 502(a)(1)(B) provides that "[a] civil action may be brought by a participant or beneficiary to recover benefits due to him under the terms of his plan, to enforce his rights under the terms of the plan, or to clarify his rights to future benefits under the terms of the plan." 29 U.S.C. § 1132(a)(1)(B).

37.     Plaintiff was a participant in an employee benefit plan which included a disability insurance policy that was issued by CIGNA/LINA to Con-way/XPO Logistics.

38.     Plaintiff, having fulfilled all terms and conditions of the disability insurance policy to the best of his knowledge, is entitled to disability benefits.

39.     Defendants denied disability benefits to which Plaintiff is entitled under the policy.

40.     The decision to deny benefits was incorrect, arbitrary and capricious, and not supported by substantial evidence.

### Relief

41.     Plaintiff prays for a judicial determination to recover disability benefits under the Plan, to enforce his rights under the Plan, and to clarify his rights to future benefits under the Plan. Plaintiff also seeks prejudgment interest, costs, and attorney's fees.

| Filed | 18-CI-00105 | 01/09/2018 | Vincent Riggs, Fayette Circuit Clerk |
| A true copy attest | 18-CI-00105 | 01/09/2018 | /s/Vincent Riggs, Fayette Circuit Clerk |

Package : 000014 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000014 of 000039

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest          18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Dated: January 9, 2018

Respectfully submitted,

By: /s/ Anwar K. Malik

Anwar K. Malik
Email: anwarkmalik@gmail.com
Kelly P. Spencer
Email: kelly.spencer.law@gmail.com
Spencer Law Group
2224 Regency Road
Lexington, KY 40503
Telephone: (859) 252-4357
Facsimile: (859) 271-0021

*Attorneys for Plaintiff*

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest          18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000015 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622398)

Package: 000015 of 000039

Filed                        18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest           18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

# Exhibit A

## Activity log from Verizon Wireless

Package:000016 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (632298)

Package : 000016 of 000039

Filed                        18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest           18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Filed   18-CI-00105   01/09/2018          Vincent Riggs, Fayette Circuit Clerk
The Largest 4G LTE Network - Verizon Wireless.   https://ebilipay.verizonwireless.com/vzw/accountholder/mybill/mybill.
A true copy attest   18-CI-00105   01/09/2018   /s/Vincent Riggs, Fayette Circuit Clerk

Wireless   Residential   Business                    Lexington, KY   Español

# verizon√   Shop   Support   My Verizon                I am looki

My Verizon Home    My Billing    My Usage    My Devices    My Plan & Services    My Pro

# Activity log

< Back to data, talk and text          March (2.19.16 - 3.18.16)          View or Save
                                                                          Printable Bill (PDF)



<                    >

Darrell Fightmaster     Darrell Fightmaster     Darrell Fightmaster
  256-252-5716            256-252-9148            256-276-0974

Select an activity:        Total minutes Used:     Domestic:            1947 Mins

Talk                          1947                 Int'l (While in US):    0 Mins
                                                   Int'l (When out of US):  0 Mins

220
165
110
55

Minutes

Filed          18-CI-00105   01/09/2018     Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018     /s/Vincent Riggs, Fayette Circuit Clerk

Package:000017 of 000038

Presiding Judge: HON. ERNESTO M. SCORSONE (632298)

Package : 000017 of 000039

e Largest 4G LTE Network - Verizon Wireless,   01/09/2018   https://myhr.pay.cellzonwireless.com/vzw/accounlio...
A true copy attest   18-CI-00105   01/09/2018   /s/Vincent Riggs, Fayette Circuit Clerk

Domestic        Int'l (While in US)        Int'l (When out of US)

03/07/2016        All                                        Download to spreadsheet

| Date | Time | Direction | Number called | # of minutes |
|------|------|-----------|---------------|--------------|
| 3/07 | 8:05AM | To | Christina | 10 |
| 3/07 | 9:07AM | To | Christina | 1 |
| 3/07 | 9:09AM | To | 859-255-7162 | 4 |
| 3/07 | 11:30AM | To | Christina | 10 |
| 3/07 | 12:34PM | To | 800-362-4462 | 2 |
| 3/07 | 12:36PM | To | 800-362-4462 | 2 |
| 3/07 | 12:57PM | From | Christina | 2 |
| 3/07 | 2:00PM | From | Christina | 10 |
| 3/07 | 2:55PM | From | Christina | 3 |
| 3/07 | 3:14PM | To | Christina | 4 |
| 3/07 | 3:42PM | To | 800-362-4462 | 3 |
| 3/07 | 3:42PM | From | Christina | 5 |
| 3/07 | 4:02PM | From | Christina | 3 |
| 3/07 | 4:31PM | To | Christina | 1 |
| 3/07 | 5:38PM | To | Christina | |

Filed   18-CI-00105   01/09/2018   Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018   /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000018 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622268)

Package : 000018 of 000039

Filed                    18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018        https://ebillpay.verizonwireless.com/vzw/accountholder/mybill/mybill.
                                                          /s/Vincent Riggs, Fayette Circuit Clerk

| Date | Time | Direction | Number called | # of minutes |
|------|------|-----------|---------------|--------------|
| 3/07 | 8:05PM | To | Christina | 11 |



## Skip the clutter.

Save an additional 3% on your bill when you
switch to paper-free billing.

**Go paper-free >**

© 2017 Verizon Wireless

| Service & Support | Brands | OS & Featured Devices | Plan |
|-------------------|--------|----------------------|------|
| Store Locator | Apple | Android | Deals |
| Wireless Workshops | ASUS | Windows | Militar |
| Register Signal Booster | BlackBerry | iPhone 7 | Intern |
| Report A Security Vulnerability | Droid | iPhone 7 Plus | Emplo |
| Device Trade-In Program | Google | Pixel | Certif |
| Order Status | HTC | Pixel XL | My Ve |
| In-Store Pickup | iPad | Samsung Galaxy Note7 - Re | |
| Verizon Wireless Community | iPhone | | |

Filed                    18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000019 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package: 000019 of 000039

Filed          18-CI-00105     01/09/2018
Largest 4G LTE Network – Verizon Wireless.
A true copy attest     18-CI-00105     01/09/2018

Vincent Riggs, Fayette Circuit Clerk
https://ebillpay.verizonwireless.com/vzw/accountholder/mybill/mybill....
/s/Vincent Riggs, Fayette Circuit Clerk

Wireless    Residential    Business                                    Lexington, KY    Español

# verizon√   Shop    Support    My Verizon                    I am looki

My Verizon Home    My Billing    My Usage    My Devices    My Plan & Services    My Pro

# Activity log

‹ Back to data, talk and text          November (10.19.16 - 11.18.16)          View or Save
                                                                   Printable Bill (PDF)







‹

›

**Darrell Fightmaster**          **Darrell Fightmaster**          **Darrell Fightmaster**
256-252-5716                     256-252-9148                     256-276-0974

| Select an activity: | Total minutes Used: | Domestic: | 2510 Mins |
| --- | --- | --- | --- |
| | **2510** | Int'l (While in US): | 0 Mins |
| Talk | | Int'l (When out of US): | 0 Mins |

184

138

92

46

Filed          18-CI-00105     01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest     18-CI-00105     01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000020 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622292)

Package: 000020 of 000039

Filed          ..TE Network - Verizon Wireless.     18-CI-00105    01/09/2018     Vincent Riggs, Fayette Circuit Clerk
A true copy attest     18-CI-00105    01/09/2018     https://ebillpay.verizonwireless.com/vzw/accountholder/mybill/mybill....
                                                      /s/Vincent Riggs, Fayette Circuit Clerk

Domestic          Int'l (While in US)          Int'l (When out of US)

11/02/2016        All                                          Download to spreadsheet

| Date | Time | Direction | Number called | # of minutes |
|------|------|-----------|---------------|--------------|
| 11/02 | 11:14AM | To | 859-442-4555 | 1 |
| 11/02 | 11:14AM | To | 859-422-4555 | 3 |
| 11/02 | 11:43AM | To | 859-252-4357 | 8 |
| 11/02 | 12:05PM | From | Christina | 26 |
| 11/02 | 12:31PM | To | 859-252-4357 | 6 |
| 11/02 | 2:00PM | From | Christina | 4 |
| 11/02 | 2:46PM | From | 859-469-3526 | 8 |
| 11/02 | 2:54PM | To | 800-362-4462 | 12 |



**Skip the clutter.**
Save an additional 3% on your bill when you
switch to paper-free billing.
**Go paper-free >**



Package 000021 of 000038

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000021 of 000039

Filed          18-CI-00105    01/09/2018     Vincent Riggs, Fayette
A true copy attest     18-CI-00105    01/09/2018     /s/Vincent Riggs, Fayette Circuit Clerk

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest            18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

| Date | Time | Type | Number/Name | Duration |
|------|------|------|-------------|----------|
| 3/02 | 10:17AM | received | 859-327-8071 | 3 |
| 3/02 | 10:30AM | sent | Christina | 19 |
| 3/02 | 10:55AM | sent | Christina | 10 |
| 3/02 | 12:27PM | sent | 859-255-7162 | 3 |
| 3/02 | 12:30PM | sent | 859-255-7162 | 2 |
| 3/02 | 12:36PM | sent | Christina | 7 |
| 3/02 | 12:49PM | sent | 859-255-7162 | 2 |
| 3/02 | 1:07PM | sent | Christina | 17 |
| 3/02 | 1:31PM | sent | Christina | 31 |
| 3/02 | 2:18PM | sent | Christina | 1 |
| 3/02 | 2:47PM | sent | 859-255-7162 | 2 |
| 3/02 | 3:55PM | sent | 859-327-8071 | 4 |
| 3/02 | 3:59PM | sent | Christina | 2 |
| 3/02 | 4:01PM | sent | 859-255-7162 | 2 |
| 3/02 | 4:03PM | sent | Christina | 16 |
| 3/02 | 4:52PM | sent | Christina | 28 |
| 3/02 | 5:29PM | sent | Christina | 8 |
| 3/02 | 9:03PM | sent | Christina | 12 |
| 3/03 | 8:33AM | received | 859-556-0490 | 1 |
| 3/03 | 8:55AM | sent | 859-255-7162 | 8 |
| 3/03 | 9:51AM | received | Christina | 1 |
| 3/03 | 10:51AM | sent | 859-255-7162 | 3 |
| 3/03 | 11:06AM | received | Christina | 2 |
| 3/03 | 12:01PM | received | Christina | 2 |
| 3/03 | 12:29PM | received | Christina | 1 |
| 3/03 | 12:35PM | sent | Christina | 1 |
| 3/03 | 12:39PM | sent | Christina | 1 |
| 3/03 | 12:42PM | sent | 859-420-0714 | 1 |
| 3/03 | 12:43PM | sent | Christina | 1 |
| 3/03 | 12:45PM | received | Christina | 2 |
| 3/03 | 1:00PM | sent | Christina | 2 |
| 3/03 | 1:05PM | received | Christina | 4 |
| 3/03 | 4:59PM | received | 270-703-6084 | 6 |
| 3/03 | 5:05PM | sent | 800-622-1151 | 1 |
| 3/03 | 5:06PM | sent | 800-622-1151 | 11 |
| 3/04 | 11:32AM | received | 317-818-5241 | 24 |
| 3/04 | 12:34PM | received | 859-469-3526 | 3 |
| 3/06 | 5:03PM | received | Joey | 1 |
| 3/06 | 5:04PM | received | Joey | 32 |
| 3/07 | 8:05AM | sent | Christina | 10 |
| 3/07 | 9:07AM | sent | Christina | 1 |
| 3/07 | 9:09AM | sent | 859-255-7162 | 4 |
| 3/07 | 11:30AM | sent | Christina | 10 |
| 3/07 | 12:34PM | sent | 800-362-4462 | 2 |
| 3/07 | 12:36PM | sent | 800-362-4462 | 2 |
| 3/07 | 12:57PM | received | Christina | 2 |
| 3/07 | 2:00PM | received | Christina | 10 |
| 3/07 | 2:55PM | received | Christina | 3 |
| 3/07 | 3:14PM | sent | Christina | 4 |
| 3/07 | 3:42PM | sent | 800-362-4462 | 3 |

Package:0030022 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000022 of 000039

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest            18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Filed                        18-CI-00105     01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest           18-CI-00105     01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk


3/07        3:42PM     received    Christina        5

Filed                    18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

| | | | | |
|---|---|---|---|---|
| 10/31 | 11:57AM | received | Christina | 35 |
| 10/31 | 1:13PM | sent | 800-235-6105 | 43 |
| 10/31 | 2:13PM | received | Christina | 9 |
| 10/31 | 4:30PM | received | Christina | 9 |
| 10/31 | 5:09PM | sent | Christina | 2 |
| 10/31 | 5:11PM | sent | Christina | 10 |
| 10/31 | 7:00PM | sent | Christina | 1 |
| 10/31 | 7:02PM | sent | 859-361-6896 | 3 |
| 10/31 | 7:31PM | received | Christina | 10 |
| 10/31 | 8:13PM | sent | Christina | 9 |
| 10/31 | 8:27PM | sent | Christina | 12 |
| 10/31 | 8:49PM | sent | Christina | 7 |
| 10/31 | 9:16PM | sent | Christina | 13 |
| 11/01 | 12:01PM | received | Christina | 32 |
| 11/01 | 2:14PM | received | Christina | 8 |
| 11/01 | 4:05PM | received | Christina | 6 |
| 11/01 | 6:07PM | received | Christina | 11 |
| 11/01 | 6:58PM | received | Christina | 2 |
| 11/01 | 7:14PM | sent | Christina | 5 |
| 11/01 | 9:31PM | sent | Christina | 17 |
| 11/02 | 11:14AM | sent | 859-442-4555 | 1 |
| 11/02 | 11:14AM | sent | 859-422-4555 | 3 |
| 11/02 | 11:43AM | sent | 859-252-4357 | 8 |
| 11/02 | 12:05PM | received | Christina | 26 |
| 11/02 | 12:31PM | sent | 859-252-4357 | 6 |
| 11/02 | 2:00PM | received | Christina | 4 |
| 11/02 | 2:46PM | received | 859-469-3526 | 8 |
| 11/02 | 2:54PM | sent | 800-362-4462 | 12 |
| 11/02 | 3:05PM | sent | 859-252-4357 | 11 |
| 11/02 | 4:13PM | received | Christina | 9 |
| 11/02 | 6:03PM | received | Christina | 11 |
| 11/02 | 7:13PM | sent | Christina | 2 |
| 11/02 | 7:39PM | received | Christina | 5 |
| 11/02 | 8:29PM | received | Christina | 3 |
| 11/02 | 9:03PM | sent | Christina | 13 |
| 11/03 | 6:41AM | sent | Christina | 19 |
| 11/03 | 9:01AM | received | Christina | 11 |
| 11/03 | 12:03PM | received | Christina | 8 |
| 11/03 | 12:21PM | sent | Christina | 13 |
| 11/03 | 1:46PM | sent | 859-252-4357 | 11 |
| 11/03 | 2:09PM | received | Christina | 11 |
| 11/03 | 2:34PM | received | 205-916-0259 | 2 |
| 11/03 | 4:05PM | received | Christina | 11 |
| 11/03 | 6:07PM | sent | Christina | 1 |
| 11/03 | 6:09PM | received | Christina | 5 |
| 11/03 | 6:14PM | sent | Christina | 1 |
| 11/03 | 7:36PM | sent | Christina | 1 |
| 11/03 | 7:49PM | received | Christina | 2 |
| 11/03 | 8:13PM | sent | Christina | 2 |
| 11/03 | 8:15PM | sent | Christina | 4 |

Package : 000024 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (632293)

Package : 000024 of 000039

Filed                    18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Filed     18-CI-00105  01/09/2018     Vincent Riggs, Fayette Circuit Clerk
A true copy attest  18-CI-00105  01/09/2018     /s/Vincent Riggs, Fayette Circuit Clerk


11/03  9:08PM  sent  Christina  17

Package:000025 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000025 of 000039



Filed          18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

# Exhibit B

# Letter dated July 31, 2017

Package:000027 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000027 of 000039

Filed          18-CI-00105   01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105   01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Filed                18-CI-00105    01/09/2018      Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105    01/09/2018      /s/Vincent Riggs, Fayette Circuit Clerk



July 31, 2017

Daniel Cano
CIGNA Group Insurance
P.O. Box 29063
Glendale, CA 91209
Fax: (860) 731-3211

Re:    Claimant:        Darrell Fightmaster
       Incident #:      4188167
       Plan/Policy #:   SHD0985056
       Policyholder:    Con-way Inc.
       Underwriter:     Life Insurance Company of North America

Dear Mr. Cano:

Our law office represents Darrell Fightmaster on his claim for disability benefits. Mr. Fightmaster wishes to submit additional records and appeals the denial of his disability claim. The evidence supports his position that he filed, or attempted to file, a claim within 60 days from the date of disability and that he is disabled from gainful employment.

Please find enclosed the following supplemental documents in support of the appeal:

- Activity log from Verizon Wireless;
- Employment records from XPO Logistics dated 03/07/2016 and 06/10/2016;
- Medical records and First Report of Injury from TPA for Indemnity Insurance;
- Medical records from Concentra Medical Centers dated 04/07/2015 to 03/25/2016;
- Medical records from Kleinert Kutz & Associates Hand Care Center dated 03/29/2016 to 04/27/2016;
- Medical records from Georgetown Internal Medicine dated 05/18/2015 to 06/09/2016;
- Medical records from Mark E. Einbecker, MD of Kentucky Orthopaedic & Hand Surgeons dated 12/06/2016;
- Medical records from David P. Bosomworth II MD dated 01/17/2017 to 05/26/2017;
- Medical records from Stephen K. Young, MD of Commonwealth Pain Associates dated 05/22/2017;
- Medical records from Bluegrass Orthopaedics dated 06/20/2016 to 12/19/2016;

2224 Regency Road • Lexington, Kentucky 40503
tel (859) 232-4357 • fax (859) 271-0021 • KellySpencer.law@gmail.com
www.KellySpencerLawGroup.com

Package : 000028 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622283)

Package : 000028 of 000039

Filed                        18-CI-00105      01/09/2018      Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105      01/09/2018      /s/Vincent Riggs, Fayette Circuit Clerk

- Physical therapy records from Bluegrass Orthopaedics Physical Therapy dated 08/04/2016 to 01/04/2017;
- Independent medical examination by Ellen M. Ballard, MD, PLLC dated 05/25/2016;
- Independent medical and impairment evaluation by Howard D. Markowitz, MD dated 08/23/2016;
- Independent medical evaluation and supplemental report by Ronald C. Burgess, MD of Commonwealth Orthopaedic Surgeons, PSC dated 12/22/2016 and 02/01/2017;
- IME report and supplemental IME report by Richard H. DuBou, MD dated 03/07/2017 and 03/28/2017; and
- Independent medical evaluation by Anthony J. McEldowney, MD dated 05/02/2017.

Mr. Fightmaster, age 42, has a high school education and work experience as a truck driver. He has a commercial driver's license ("CDL"). He previously worked as a Driver Sales Representative ("DSR") for Con-way Inc. ("Con-way"). Through his employment with Con-way, he participated in an employee benefit plan which included a disability insurance policy that was issued by Cigna/LINA to Con-way.

The disability insurance policy provides for benefits to cover the employees who meet all contractual provisions, including the definition of disability. The terms of the disability insurance policy defining "disability" are as follows:

### Definition of Disability

To qualify for benefits, you must be:
- Continuously unable to perform the material duties of your regular and customary occupation because of injury, illness or pregnancy, and
- Under the appropriate care of a licensed health care provider rendering relevant treatment of a health or behavioral medical condition as determined by the Plan Administrator. Accepted providers include, but are not limited to, a physician (M.D.), osteopathic doctor (D.O.), podiatrist (D.P.M.), or psychologist, and
- Disabled by a medical condition covered by the Company Health Plan, and
- Covered under the Short Term Disability Plan.

It is not necessary to be confined at home or in the hospital to receive benefits. However, you will be required to provide proof of your disability whenever requested by the Plan Administrator.

2

Filed                        18-CI-00105      01/09/2018      Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105      01/09/2018      /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000029 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (612298)

Package : 000029 of 000039

The terms of the disability insurance policy describing how to file a claim are as follows:

### How to File a Claim

If you become disabled, you must take the following steps to initiate a claim for benefits under this Plan:

- Seek appropriate medical attention immediately.
- Advise your manager as soon as possible, preferably on or before your first absence.
- Call this Cigna number as soon as possible: (800) 36-CIGNA (4462). A customer intake representative will walk you through the process.

**STD claims must be filed within 60 days from the date of disability.** If you have a workers' compensation claim, you also must file an STD claim to ensure health benefits for your family members and your other care continue. In addition, if you are on transitional or light duty, you must file an STD claim within 60 days of the beginning of your illness or injury. When calling to file a disability claim, provide the following information:

- Your name, address, phone number, birth date, date of hire, Social Security number and employer's name, address and phone number.
- The date and cause of your disability, as well as your anticipated return-to-work date. If your disability is due to pregnancy, provide the actual or expected date of delivery.
- The name, address and phone number of each doctor you are seeing or have seen for the disability causing your illness or injury.

**Mr. Fightmaster filed, or attempted to file, a claim within 60 days from the date of disability.**

Mr. Fightmaster requested disability benefits from Cigna/LINA. By letter dated December 16, 2016, Cigna/LINA advised Mr. Fightmaster that they did not approve his disability claim on the basis that the claim was received more than 60 day from the date of disability. Mr. Fightmaster timely appealed the adverse decision by letter dated January 23, 2017. Cigna/LINA notified Mr. Fightmaster that they had decided to uphold their prior decision to deny his disability claim by letter dated February 14, 2017. That decision was wrong for the reasons stated below.

Mr. Fightmaster took the proper steps to file, or attempt to file, a claim for benefits within 60 days from the date of disability (March 2, 2016) when he sought appropriate medical attention immediately, advised his manager, and called Cigna at (800) 362-4462. The enclosed activity log from Verizon Wireless shows the dates and times of the calls made from his mobile phone. He called on four separate dates in March, June, November, and December 2016.

- On 03/07/2016, Mr. Fightmaster called Cigna at (800) 362-4462 from his mobile phone number (256) 276-0974. A customer intake representative told Mr. Fightmaster there was nothing that Cigna could do until he was out of transitional duty time and no longer working. Samantha Sheets, human resources manager, (859) 255-7162, was present during the conversation and overheard the call.

Package: 000030 of 000039
Presiding Judge: HON. ERNESTO M. SCORSONE (622298)
Package : 000030 of 000039

Filed                    18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

- On 06/08/2016, Mr. Fightmaster called Cigna from his work phone number. He does not have access to an activity log for the work phone number. A customer intake representative told Mr. Fightmaster there was nothing that Cigna could do until he was out of transitional duty time and no longer working. Samantha Sheets, human resources manager, (859) 255-7162, was present during the conversation and overheard the call.
- On 11/02/2016, Mr. Fightmaster called Cigna at (800) 362-4462 from his mobile phone number (256) 276-0974. Mr. Fightmaster made this call at the request of Samantha Sheets, human resources manager, (859) 255-7162, to verify that Cigna had all requested information on file.
- On 12/13/2016, Mr. Fightmaster called Cigna at (800) 362-4462.

**The medical evidence supports disability.**

Mr. Fightmaster suffered a work-related injury when his right forearm and wrist "popped" while unloading a pallet on March 2, 2016. He had swelling and severe pain in the wrist area. Con-way and Cigna/LINA received due and timely notice of the injury. He began a transitional duty program on March 7, 2016, and then was released to full duty starting June 2, 2016. He worked full duty for about a week from June 2 to June 8, 2016.

On June 8, 2016, he had a re-injury or exacerbation of the original March 2, 2016 injury. While grabbing a knob to raise it, he experienced what felt like a bolt of electricity going to his arm. Con-way and Cigna/LINA received due and timely notice of the re-injury or exacerbation. He participated in the transitional duty program again from June 10, 2016, until reaching Con-way's limit on transitional duty program time in December 2016. His last day worked is December 9, 2016. He has not worked anywhere else since the transitional duty program ended.

As a result of his conditions and the resulting limitations, he states that he can no longer perform the material duties of his regular and customary occupation as a DSR. Mr. Fightmaster's treating physicians agree that he cannot work as a DSR. He continues to follow up and has been under the regular care of physicians since his injuries.

For these reasons, Mr. Fightmaster requests that the denial of the disability claim be reversed.

Sincerely,

Anwar K. Malik
Attorney at Law

Enclosure

cc:    Darrell Fightmaster

4

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest      18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

# Exhibit C

# Letter dated October 2, 2017

Filed                          18-CI-00105      01/09/2018          Vincent Riggs, Fayette Circuit Clerk
A true copy attest      18-CI-00105      01/09/2018          /s/Vincent Riggs, Fayette Circuit Clerk

Filed            18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk



## FACSIMILE TRANSMITTAL SHEET

**DATE:** 10/02/2017

**TO:** Daniel Cass @ Cigna

**FROM:** Anwar Malik

**FAX NUMBER:** (860) 731-3211

**TOTAL NUMBER OF PAGES INCLUDING COVER SHEET:** 2

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE.** This message may be Attorney-Client communication, and as much, is privileged and confidential. If you (the reader of this message) are not the intended recipient, you are hereby notified that you have received this document in error and any review, dissemination, distribution or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange for the return of the documents to use at no charge to you.

### KELLY P. SPENCER, P.L.L.C.

If there are difficulties with this transmission, please contact: Anwar Malik

NOTES: Daviell Fightmaster
        4188167

2224 Regency Road • Lexington, Kentucky 40503
tel (859) 271-0035 • fax (859) 271-0021 • Anwar@KellySpencerLaw.com • www.KellySpencerLaw.com

Filed            18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package:000033 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622288)

Package: 000033 of 000039

Filed                              18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest          18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk



October 2, 2017

Daniel Cano
CIGNA Group Insurance
P.O. Box 29063
Glendale, CA 91209
Fax: (860) 731-3211

Re:   Claimant:          Darrell Fightmaster
      Incident #:        4188167
      Plan/Policy #:     SHD0985056
      Policyholder:      Con-way Inc.
      Underwriter:       Life Insurance Company of North America

Dear Mr. Cano:

Our law office represents Darrell Fightmaster on his claim for disability benefits. I am writing to check the status of this claim.

On July 31, 2017, I mailed an appeal letter with additional records to your office. On August 14, 2017, and again on August 17, 2017, I left you a voicemail asking to confirm receipt of the appeal. On or about August 21, 2017, you left me a telephone message. I returned your call on August 21, 2017, and you verbally confirmed receipt of the appeal. You assured me that a letter acknowledging receipt of the appeal would be mailed to my office. I left you voicemails on September 15, 2017, and again on October 2, 2017. Unfortunately, as of the date of this letter, I have not received a letter acknowledging the appeal, nor any other correspondence from Cigna/LINA concerning this claim.

**Please provide me with a status update and contact information for the person handling the appeal at your earliest convenience.** Thank you for your cooperation in this matter.

Sincerely,

Anwar K. Malik
Attorney at Law

2224 Regency Road • Lexington, Kentucky 40503
tel (859) 252-4357, fax (859) 271-0021, kelly.spencer.law@gmail.com
www.KellySpencerLawGroup.com

Filed                              18-CI-00105      01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest          18-CI-00105      01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000034 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000034 of 000039

Filed                   18-CI-00105     01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest      18-CI-00105     01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

From:   RingCentral service@ringcentral.com
Subject: Fax Message Transmission Result to +1 (860) 7313211 - Sent
Date:   October 2, 2017 at 3:06 PM
To:     Kelly Spencer kelly.spencer.law@gmail.com, Kelly Spencer spencerlawgroupscan@gmail.com

Here are the results of the 3-page fax you sent from your phone number (859) 888-0822

| Name | Phone Number | Date and Time | Result |
|------|--------------|---------------|--------|
|      | +1 (860) 7313211 | Monday, October 02, 2017 at 03:05 PM | Sent |

Your fax(es) included the following file(s), which were rendered into fax format for transmission:

| File Name | Result |
|-----------|--------|
| 0042_001.pdf | Success |

Package: 000035 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622208)

Package : 000035 of 000039

Filed                   18-CI-00105     01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest      18-CI-00105     01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Filed              18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk.
A true copy attest  18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

# Exhibit D

# Letter dated November 14, 2017

Package:000036 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000036 of 000039

Filed              18-CI-00105    01/09/2018        Vincent Riggs, Fayette Circuit Clerk
A true copy attest  18-CI-00105    01/09/2018        /s/Vincent Riggs, Fayette Circuit Clerk

Filed              18-CI-00105   01/09/2018      Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105   01/09/2018      /s/Vincent Riggs, Fayette Circuit Clerk



## FACSIMILE TRANSMITTAL SHEET

DATE: __11/14/2017__

TO: __Daniel Cans @ Cigna__

FROM: __Anwar Malik__

FAX NUMBER: __(860) 731-3211__

TOTAL NUMBER OF PAGES INCLUDING COVER SHEET: __2__

**THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT NAMED ABOVE.** This message may be Attorney-Client communication, and as much, is privileged and confidential. If you (the reader of this message) are not the intended recipient, you are hereby notified that you have received this document in error and any review, dissemination, distribution or copying of the message is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we may arrange for the return of the documents to use at no charge to you.

### KELLY P. SPENCER, P.L.L.C.

If there are difficulties with this transmission, please contact: __Anwar Malik__

NOTES: __Darrell Fightmaster__
__4188167__

2224 Regency Road • Lexington, Kentucky 40503
tel (859) 271-0020 / fax (859) 271-0021 • KellySpencerLaw@gmail.com
SpencerLawGroup.com

Filed              18-CI-00105   01/09/2018      Vincent Riggs, Fayette Circuit Clerk
A true copy attest    18-CI-00105   01/09/2018      /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000037 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000037 of 000039

Filed          18-CI-00105    01/09/2018         Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105    01/09/2018         /s/Vincent Riggs, Fayette Circuit Clerk

**SPENCER**
**LSG**
**LAW GROUP**

November 14, 2017                                          Second Request

Daniel Cano
CIGNA Group Insurance
P.O. Box 29063
Glendale, CA 91209
Fax: (860) 731-3211

Re:   Claimant:          Darrell Fightmaster
      Incident #:        4188167
      Plan/Policy #:     SHD0985056
      Policyholder:      Con-way Inc.
      Underwriter:       Life Insurance Company of North America

Dear Mr. Cano:

Our law office represents Darrell Fightmaster on his claim for disability benefits. I am writing to check the status of this claim.

On July 31, 2017, I mailed an appeal letter with additional records to your office. On August 14, 2017, and again on August 17, 2017, I left you a voicemail asking to confirm receipt of the appeal. On or about August 21, 2017, you left me a telephone message. I returned your call on August 21, 2017, and you verbally confirmed receipt of the appeal. You assured me that a letter acknowledging receipt of the appeal would be mailed to my office. I left you voicemails on September 15, 2017, and again on October 2, 2017. Unfortunately, as of the date of this letter, I have not received a letter acknowledging the appeal, nor any other correspondence from Cigna/LINA concerning this claim.

**Please provide me with a status update and contact information for the person handling the appeal at your earliest convenience.** Thank you for your cooperation in this matter.

Sincerely,

Anwar K. Malik
Attorney at Law

2224 Regency Road • Lexington, Kentucky 40503
tel. (859) 271-0012 • fax (859) 271-0013 • kelly@spencerlawgroup.com

Filed          18-CI-00105    01/09/2018         Vincent Riggs, Fayette Circuit Clerk
A true copy attest   18-CI-00105    01/09/2018         /s/Vincent Riggs, Fayette Circuit Clerk

Package: 000038 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (632296)

Package: 000038 of 000039

Filed                    18-CI-00105    01/09/2018         Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018         /s/Vincent Riggs, Fayette Circuit Clerk

**From:** RingCentral
**Sent:** Tuesday, November 14, 2017 3:37 PM
**To:** Kelly Spencer; Kelly Spencer
**Subject:** Fax Message Transmission Result to +1 (860) 7313211 - Sent

Here are the results of the 3-page fax you sent from your phone number (859) 888-0822

| Name | Phone Number | Date and Time | Result |
|---|---|---|---|
| | +1 (860) 7313211 | Tuesday, November 14, 2017 at 03:36 PM | Sent |

*Your fax(es) included the following file(s), which were rendered into fax format for transmission:*

| File Name | Result |
|---|---|
| 0337_001 pdf | Success |

Filed                    18-CI-00105    01/09/2018         Vincent Riggs, Fayette Circuit Clerk
A true copy attest       18-CI-00105    01/09/2018         /s/Vincent Riggs, Fayette Circuit Clerk

Package : 000039 of 000039

Presiding Judge: HON. ERNESTO M. SCORSONE (622298)

Package : 000039 of 000039

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
SEVENTH DIVISION

DARRELL FIGHTMASTER,

     Plaintiff,

        v.                Case No. 18-CI-105

LIFE INSURANCE COMPANY OF
NORTH AMERICA, and
CON-WAY, INC./XPO LOGISTICS,     Electronically Filed
INC. SHORT AND LONG TERM
DISABILITY PLAN,

     Defendants.

### **NOTICE OF APPEARANCE**

Kevin Roberts, of the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., enters his appearance on behalf of Defendant Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan.

          Respectfully submitted,

          Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

          s/ Kevin Roberts
          Kevin Roberts
          111 Monument Circle, Suite 4600
          Indianapolis, Indiana 46240
          Telephone:  (317) 916-1300
          Facsimile:  (317) 916-9076
          Email:  kevin.roberts@ogletree.com

          Co-Counsel for Defendant
          Con-way, Inc./XPO Logistics, Inc. Short and Long
          Term Disability Plan

## CERTIFCATE OF SERVICE

I certify that on February 5, 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and U.S. first-class mail, postage prepaid:

Anwar K. Malik
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, Kentucky 40503
Telephone: (859) 252-4357
Facsimile: (859) 271-0021
Email: anwarkmalik@gmail.com
Email: kelly.spencer.law@gmail.com

Mitzi D. Wyrick
Wyatt Tarrant & Combs LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone: (502) 562-7337
Facsimile: (502) 589-0309
Email: mitziwyrick@wyattfirm.com

s/ Kevin Roberts
Kevin Roberts
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46240
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: kevin.roberts@ogletree.com

Co-Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan

Tendered        18-CI-0010        Vincent Riggs, Fayette Circuit Clerk

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
SEVENTH DIVISION

DARRELL FIGHTMASTER,

    Plaintiff,

        v.                                    Case No. 18-CI-105

LIFE INSURANCE COMPANY OF
NORTH AMERICA, and
CON-WAY, INC./XPO LOGISTICS,           Electronically Filed
INC. SHORT AND LONG TERM
DISABILITY PLAN,

    Defendants.

## AGREED ORDER

By agreement of Plaintiff, Darrell Fightmaster, and Defendant Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED** that the time for Defendant Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan to respond to Plaintiff's Complaint is extended by 21 days, up to and including February 27, 2018.


_____
JUDGE, FAYETTE CIRCUIT COURT


_____
DATE

Tendered          18-CI-0010( )          Vincent Riggs, F..tte Circuit Clerk

Seen and Agreed to by:

s/ Anwar K. Malik (w/permission)
Anwar K. Malik
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, Kentucky 40503
Telephone:  (859) 252-4357
Facsimile:  (859) 271-0021
Email:  anwarkmalik@gmail.com
Email:  kelly.spencer.law@gmail.com

Counsel for Plaintiff, Darrell Fightmaster


s/ Kevin Roberts
Kevin Roberts
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46240
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076
Email:  kevin.roberts@ogletree.com

Co-Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan


s/ Mitzi D. Wyrick (w/permission)
Mitzi D. Wyrick
Wyatt Tarrant & Combs LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone:  (502) 562-7337
Facsimile:  (502) 589-0309
Email:  mitziwyrick@wyattfirm.com

Co-Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan

Counsel for Defendant
Life Insurance Company of North America

2

Tendered        18-CI-00105

Vincent Riggs, Fayette Circuit Clerk NOT ORIGINAL DOCUMENT
02/15/2018 09:17:57 AM
82451-44

NO. 18-CI-00105                                              FAYETTE CIRCUIT COURT
                                                            DIVISION SEVEN (7)

DARRELL FIGHTMASTER                                                   PLAINTIFF

v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA AND CON-WAY INC./XPO
LOGISTICS, INC. SHORT AND LONG TERM
DISABILITY PLAN                                                      DEFENDANTS

### AGREED ORDER

By agreement of Plaintiff, Darrell Fightmaster, and Defendant, Life Insurance

Company of North America, by counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant shall have until and including February 27,

2018  to answer or otherwise respond to the Complaint.

TD : 000001 of 000002

Tendered        18-CI-00105            Vincent Riggs, Fayette Circuit Clerk NOT ORIGINAL DOCUMENT
                                                                02/15/2018 09:17:57 AM
                                                                82451-44

Respectfully submitted,

/s/Anwar K. Malik, by M. Wyrick
w/permission
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, Kentucky 40503
Telephone:  (859) 252-4357
Facsimile:  (859) 271-0021
Email:  anwarkmalik@gmail.com
Email:  kelly.spencer.law@gmail.com

**Counsel for Plaintiff**

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY  40202-2898
502.589.5235

**Counsel for Life Insurance Company of
North America**

/s/ Kevin Roberts, by M. Wyrick
w/permission
Kevin Roberts
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46240
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076
Email:  kevin.roberts@ogletree.com

**Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and
Long Term Disability Plan**
**C**

61709535.1

TD : 000002 of 000002

Tendered          18-CI-00105          Vincent Riggs, Fayette Circuit Clerk

A TRUE COPY
ATTEST: VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT
BY _____ DEPUTY

COMMONWEALTH OF KENTUCKY
FAYETTE CIRCUIT COURT
SEVENTH DIVISION

ENTERED
ATTEST, VINCENT RIGGS, CLERK
FEB 13 2018
FAYETTE CIRCUIT CLERK
BY                    DEPUTY

DARRELL FIGHTMASTER,

    Plaintiff,

      v.                                                    Case No. 18-CI-105

LIFE INSURANCE COMPANY OF
NORTH AMERICA, and                          Electronically Filed
CON-WAY, INC./XPO LOGISTICS,
INC. SHORT AND LONG TERM
DISABILITY PLAN,

    Defendants.

## AGREED ORDER

By agreement of Plaintiff, Darrell Fightmaster, and Defendant Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan, and the Court otherwise being sufficiently advised, **IT IS HEREBY ORDERED** that the time for Defendant Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan to respond to Plaintiff's Complaint is extended by 21 days, up to and including February 27, 2018.

_____
JUDGE, FAYETTE CIRCUIT COURT

_____
2/8/18
DATE

TD : 000001 of 000002

Tendered          18-CI-00105                    Vincent Riggs, Fayette Circuit Clerk

Seen and Agreed to by:


s/ Anwar K. Malik (w/permission)
Anwar K. Malik
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, Kentucky 40503
Telephone:  (859) 252-4357
Facsimile:  (859) 271-0021
Email:  anwarkmalik@gmail.com
Email:  kelly.spencer.law@gmail.com

Counsel for Plaintiff, Darrell Fightmaster


s/ Kevin Roberts
Kevin Roberts
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46240
Telephone:  (317) 916-1300
Facsimile:  (317) 916-9076
Email:  kevin.roberts@ogletree.com

Co-Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan


s/ Mitzi D. Wyrick (w/permission)
Mitzi D. Wyrick
Wyatt Tarrant & Combs LLP
500 West Jefferson Street, Suite 2800
Louisville, Kentucky 40202
Telephone:  (502) 562-7337
Facsimile:  (502) 589-0309
Email:  mitziwyrick@wyattfirm.com

Co-Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and Long Term Disability Plan

Counsel for Defendant
Life Insurance Company of North America

2

TD : 000002 of 000002

NO. 18-CI-00105

DARRELL FIGHTMASTER

v.

LIFE INSURANCE COMPANY OF NORTH
AMERICA AND CON-WAY INC./XPO
LOGISTICS, INC. SHORT AND LONG TERM
DISABILITY PLAN

ENTERED
ATTEST, VINCENT RIGGS, CLERK
FEB 1 3 2018
FAYETTE CIRCUIT CLERK
BY_____ DEPUTY

FAYETTE CIRCUIT COURT
DIVISION SEVEN (7)

PLAINTIFF

A TRUE COPY
ATTEST: VINCENT RIGGS, CLERK
FAYETTE CIRCUIT COURT

BY _____ DEPUTY

DEFENDANTS

## AGREED ORDER

By agreement of Plaintiff, Darrell Fightmaster, and Defendant, Life Insurance

Company of North America, by counsel, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that Defendant shall have until and including February 27,

2018 to answer or otherwise respond to the Complaint.

_ERNESTO SCORSONE, JR_

TD : 000001 of 000002

Respectfully submitted,

/s/Anwar K. Malik, by M. Wyrick
w/permission
Kelly P. Spencer
Spencer Law Group
2224 Regency Road
Lexington, Kentucky 40503
Telephone: (859) 252-4357
Facsimile: (859) 271-0021
Email: anwarkmalik@gmail.com
Email: kelly.spencer.law@gmail.com

**Counsel for Plaintiff**

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
500 West Jefferson Street
Suite 2800
Louisville, KY 40202-2898
502.589.5235

**Counsel for Life Insurance Company of
North America**

/s/ Kevin Roberts, by M. Wyrick
w/permission
Kevin Roberts
Ogletree, Deakins, Nash,
   Smoak & Stewart, P.C.
111 Monument Circle, Suite 4600
Indianapolis, Indiana 46240
Telephone: (317) 916-1300
Facsimile: (317) 916-9076
Email: kevin.roberts@ogletree.com

**Counsel for Defendant
Con-way, Inc./XPO Logistics, Inc. Short and
Long Term Disability Plan**
C

61709535.1