UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| DARRELL FIGHTMASTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 18-103-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| LIFE INSURANCE COMPANY OF | ) | **ORDER** |
| NORTH AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the parties' Stipulation of Dismissal. [Record No. 26]  Having considered the parties' filing and being sufficiently advised, it is hereby

**ORDERED** as follows:

1.  Plaintiff Darrell Fightmaster's claim for short-term disability benefits is **DISMISSED**, with prejudice.  The plaintiff's claim for long-term disability benefits is **DISMISSED**, without prejudice.

2.  This action is **DISMISSED** and **STRICKEN** from the Court's docket.  The parties shall bear their respective costs, expenses, and attorneys' fees.

This 23rd day of July, 2018.



- 1 -